UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                            PLAINTIFF

v.                                                         CRIMINAL ACTION NO. 3:12CR-147-CRS

KERRY L. WALKER                                                                      DEFENDANT

## MEMORANDUM OPINION

This matter came before the court for consideration of the Findings of Fact, Conclusions of Law, and Recommendation of the United States Magistrate Judge that the Court grant petitioner Kerry L. Walker's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 and that Walker be resentenced without application of the Armed Career Criminal Act ("ACCA")(DN 79). The court accepted and adopted the report and recommendation (DN 82), appointed counsel for resentencing, and scheduled the matter for resentencing on July 11, 2018.

A number of weeks later, a Memorandum of Recalculation was drafted and it was determined by the United States Probation Office that Walker has served in excess of the recommended guidelines sentence when the ACCA was not applied.

In this circumstance and in accordance with 28 U.S.C. § 2255(b), where a § 2255 claim is meritorious, the district court has discretion to determine the most appropriate form of relief, and, in this instance, to resentence the petitioner or to correct the sentence.

In the interest of expediting the process to ensure Walker's prompt release, the resentencing hearing scheduled for July 11, 2018 will be remanded and Walker's term of imprisonment will be reduced by order of the court to a "time served" sentence. This procedure accords with Walker's request that the matter be advanced on the docket and that any appearance by the defendant be waived in favor of a prompt entry of an amended judgment (DN 86). The court has been informed that the United States and the defendant are in agreement with the court's employment of this procedure.

The Clerk's Office will be directed to prepare an amended judgment in accordance with this opinion.

May 22, 2018

**IT IS SO ORDERED**.

**Charles R. Simpson III, Senior Judge
United States District Court**